# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 12, 2016

No. 15-30888

Lyle W. Cayce
Clerk

BOLLINGER MARINE FABRICATORS, L.L.C.; BOLLINGER SHIPYARDS LOCKPORT, L.L.C.,

Plaintiffs - Appellees Cross-Appellants

v.

MARINE TRAVELIFT, INCORPORATED,

Defendant - Appellant Cross-Appellee

Appeals from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:14-CV-1743

Before  JONES, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in light of the briefs, oral argument, and pertinent portions of the record.  Having done so, we find no error of law or reversible error of fact.  The district court's judgment is AFFIRMED for essentially the same reasons articulated by that court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.